LAND, J.
 

 Defendant was found guilty of unlawfully selling intoxicating liquor, to wit, whisky, for beverage purposes, and was sentenced to pay a fine of $300 and to be imprisoned in the parish jail for a period of 60 days, and, in default of payment of fine, to be imprisoned for a further period of 8 months.
 

 The charge against defendant is a misdemeanor, and is punishable for the first offense by fine of not more than’ $500 and imprisonment of not more than 60 days. Act 39 of 1921, § 3.
 

 As neither a fine exceeding $300, nor imprisonment exceeding 6 months has been actually imposed, the Supreme Gourt is without appellate jurisdiction in this case. Const. 1921, art. 7, § 10; State v. Harrison, 154 La. 1011, 98 So. 622.
 

 . It is therefore ordered that the appeal be dismissed.
 

 .O’NXELL, C. J., dissents.